NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER/BURROUGHS, APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone (310) 590-1820
Facsimile  (310) 417-3538

ATTORNEY(S) FOR: Plaintiff

FILED

2013 JUN 26  PM 2:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC., a California Corporation<br><br>Plaintiff(s),<br>v.<br>FOREVER 21, INC. d/b/a LOVE 21, a California Corporation; et. al.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV13-04648 PA (JCGx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Plaintiff, STANDARD FABRICS INTERNATIONAL, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC. | Plaintiff |
| FOREVER 21, INC. d/b/a LOVE 21, a California Corporation; | Defendant |
| J ONE TRADING, INC. a California Corporation | Defendant |



6/25/2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

STANDARD FABRICS INTERNATIONAL, INC.