Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FOREVER 21 RETAIL, INC.; *et al.*,<br><br>Defendants. | Case No.: CV13-04648 PA (JCGx)<br><u>*Honorable Percy Anderson Presiding*</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION**<br><br><u>Note: Changes Made by the Court</u> |

1

1  ORDER:

2      FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY

3  ORDERED:

4      1. This Action is dismissed with prejudice;

5      2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

7      3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

9      ~~4. The Court will retain jurisdiction to enforce the terms of the settlement agreements entered into in this matter.~~

12      SO ORDERED.

13  Date: April 7, 2014      By: _/s/ Percy Anderson_____

14                                     HONORABLE PERCY ANDERSON